**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:19-cv-316-MOC-WCM**

| | | |
|---|---|---|
| **ROBERT V. WILKIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NATIONSTAR MORTGAGE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ———————————————— | ) | |

**THIS MATTER** comes before the Court on a Motion to Dismiss filed by Defendant, (Doc. No. 10), in which Defendant asks this Court to dismiss Plaintiff's Complaint for failure to state a claim.

Plaintiff filed an Amended Complaint on February 13, 2020, and Defendant has now filed a motion to dismiss the Amended Complaint. (Doc. No. 13, 15). Thus, the original Complaint has been superseded, and the motion to dismiss that Complaint is therefore moot.

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Motion to Dismiss, (Doc. No. 10), is **DENIED** and **DISMISSED** as **MOOT**.

Signed: March 3, 2020

Max O. Cogburn Jr.
United States District Judge

1